UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYRONE REYES,

    Plaintiff,

v.

CARMEN PALMER, et al.,

    Defendants.

_____/

Case No. 1:17-cv-755

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendants King, Martin, and Stewart filed a motion for summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on June 11, 2018, recommending that this Court grant the motion and the action be terminated.[1] The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 27) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 17) is GRANTED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. See *McGore v. Wrigglesworth*,

---

[1] Defendants Palmer, Schooley, and Unknown Party were dismissed by prior order (ECF No. 11).

114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

    A Judgment will be entered consistent with this Order.


Dated: July 12, 2018                          /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          United States District Judge