UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYRONE REYES,

    Plaintiff,

v.

CARMEN PALMER, et al.,

    Defendants.

_____/

Case No. 1:17-cv-755

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment enters and this action is terminated.

Dated: July 12, 2018

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge